# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE RECREATION AND PARK
COMMISSION FOR THE PARISH OF
EAST BATON ROUGE

NO.   2023 CW 0220

VERSUS

SID J. GAUTREAUX, III, IN
HIS CAPACITY AS SHERIFF OF
EAST BATON ROUGE PARISH

**JUNE 20, 2023**

---

In Re:   Sheriff Sid J. Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish and as Ex Officio Collector of East Baton Rouge Parish Ad Valorem Taxes, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 725439.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT GRANTED WITH ORDER.**  The trial court's February 6, 2023 judgment denying the motion to recuse Judge Johnson filed by Sid J. Gautreaux, III, In His Capacity As Sheriff Of East Baton Rouge Parish (Sheriff) is vacated.  Pursuant to La. Code Civ. P. art. 154(B), if a motion to recuse sets forth a ground for recusal under Article 151, the judge shall either recuse himself or make a written request to the Louisiana Supreme Court for the appointment of an ad hoc judge.  The Sheriff's motion set forth grounds of recusal under La. Code Civ. P. art. 151(B), asserting a substantial and objective basis for recusal based on Judge Johnson's previous service as a board member on the defendant's board.  This matter is remanded to the trial court with instructions to make a written request to the Louisiana Supreme Court pursuant to La. Code Civ. P. art. 154(B) for the appointment of an ad hoc judge to hear the motion to recuse.

**JMG**
**PMc**
**JEW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT